# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROSS C. GOODMAN, AN INDIVIDUAL; AND GOODMAN LAW GROUP, A PROFESSIONAL CORPORATION, A NEVADA CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MICHAEL VILLANI, DISTRICT JUDGE,
Respondents,
and
KARINE PETROSYAN; AND MARIANNA MINASYAN, INDIVIDUALS,
Real Parties in Interest.

No. 75458

FILED

MAY 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S.Young___
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion to dismiss in a contract action. We are not persuaded that our extraordinary and discretionary intervention at this early stage in the proceedings is warranted, particularly in light of the narrow basis for the district court's ruling. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849,

851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____ Cherry _____, J.
Cherry

_____ Parraguirre _____, J.          _____ Stiglich _____, J.
Parraguirre                                    Stiglich

cc:   Hon. Michael Villani, District Judge
      Palazzo Law Firm
      Wright Stanish & Winckler
      Eighth District Court Clerk